[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 18, 2008
THOMAS K. KAHN
CLERK

No. 08-11898
Non-Argument Calendar

_____

D. C. Docket No. 99-00106-CR-J-33

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY REED,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(September 18, 2008)**

Before BIRCH, DUBINA and FAY, Circuit Judges.

PER CURIAM:

James H. Burke, Jr., appointed counsel for Jerry Reed in this appeal, has

moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of relief under 18 U.S.C. § 3582 is **AFFIRMED.**